UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROLANDO GARZA,

        Plaintiff,

v.

A J GARCIA et al,

        Defendant.

Case Number: CV09-02583 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rolando Garza C-11215
High Desert State Prison
B2-249
P.O. Box 3030
Susanville, CA 96127-3030

Dated: January 22, 2010

        Richard W. Wieking, Clerk

        By: Barbara Espinoza, Deputy Clerk